1 | THOMAS P. O'BRIEN
  | United States Attorney
2 | SANDRA R. BROWN
  | Assistant United States Attorney
3 | Chief, Tax Division
  | PAUL H. ROCHMES (SBN 077928)
4 | Assistant United States Attorney
  |    Federal Building, Suite 7211
5 |    300 North Los Angeles Street
  |    Los Angeles, California  90012
6 |    Telephone:  (213) 894-2413
  |    Facsimile:  (213) 894-0115
7 |    E-mail: paul.rochmes@usdoj.gov

8 | Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CV 09-5806 PA (PJWx) |
| Petitioner, | ) |
| vs. | ) ORDER TO SHOW CAUSE |
| TRACEY KIM MEJIA, | ) |
| Respondent. | ) |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service ("IRS" and "Service") summons. See United States v. Powell, 379 U.S. 48, 57-58, 85 S. Ct. 248, 13 L. Ed. 2d 112 (1964); *see also*, Crystal v. United States, 172 F.3d 1141, 1143-44 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-20

1  (9th Cir. 1995) (the Government's *prima facie* case is typically
2  made through the sworn declaration of the IRS agent who issued
3  the summons); *accord*, <u>United States v. Gilleran</u>, 992 F.2d 232,
4  233 (9th Cir. 1993).
5      Therefore, **IT IS ORDERED** that Respondent appear before this
6  District Court of the United States for the Central District of
7  California, in Courtroom No. __15____,

8  [X]  United States Courthouse
      312 North Spring Street, Los Angeles, California, 90012

10 [ ]  Roybal Federal Building and United States Courthouse
      255 E. Temple Street, Los Angeles, California, 90012

12 [ ]  Ronald Reagan Federal Building and United States Courthouse
      411 West Fourth Street, Santa Ana, California, 92701

14 [ ]  Brown Federal Building and United States Courthouse
      3470 Twelfth Street, Riverside, California, 92501

16  on September 28, 2009, at 1:30 p.m.,
17  and show cause why the testimony and production of books, papers,
18  records, and other data demanded in the subject Internal Revenue
19  Service summons should not be compelled.
20      **IT IS FURTHER ORDERED** that copies of this Order, the
21  Petition, Memorandum of Points and Authorities, and accompanying
22  Declaration be served by any employee of the Internal Revenue
23  Service or the United States Attorney's Office, by personal
24  delivery or by certified mail no later than August 24, 2009.
25      **IT IS FURTHER ORDERED** that on or before September 14, 2009,
26  Respondent shall file and serve a written response, supported by
27  appropriate sworn statements, as well as any desired motions.
28  Petitioner shall file its reply, if any, no later than September

21, 2009. If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not desire to oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall be deemed to have complied with the requirements of this Order.

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed with the Court will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED: This <u>14th</u> day of <u>August</u>, 2009.

_____
UNITED STATES DISTRICT JUDGE

Presented By:

THOMAS P. O'BRIEN
United States Attorney

SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

_____
PAUL H. ROCHMES
Assistant United States Attorney
Attorney for the United States of America